UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PEDRO MUNIZ-BADRA,

    Plaintiff,

vs.

VINYL AND CARPET SERVICES, INC.

    Defendant.

Case No. 3:21CV119

District Judge Michael J. Newman

**ORDER**

This civil case is before the Court following its removal by Defendant from the Montgomery County Court of Common Pleas based on diversity jurisdiction, 28 U.C.S. § 1332.  Doc. No. 1.  Plaintiff Pedro Muniz-Badra explains in his Complaint that he is a citizen of Brazil and a legal resident of Chicago, Illinois.  Doc. No. 2, PageID 20.  He alleges that he was injured at the site of a remodeling project in the City of Dayton, Ohio due to Defendant Vinyl and Carpet Services, Inc.'s negligence.  Defendant is an Ohio corporation with its principal place of business in Hamilton County, Ohio.  *Id*.  There is only one defendant in this case.

Because Defendant's residence is within the Southern District of Ohio, this action must "be filed at the location of Court that serves a county in which at least one defendant resides."  S.D. Ohio Civ. R. 82.1(c).  Defendant's residence for venue purposes is in Hamilton County, where its principal place of business is located.  *See* S.D. Ohio Civ. R. 82.1(d).  Hamilton County is within the Southern District of Ohio, Western Division at Cincinnati.  *See* S.D. Ohio Civ. R. 82.1(b).  This case is therefore **TRANSFERRED** to the U.S. District Court for the Southern District of Ohio, Western Division in Cincinnati.

    **IT IS SO ORDERED.**

April 20, 2021

                                          s/*Michael J. Newman*
                                            Hon. Michael J. Newman
                                            United States District Judge