# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PEDRO BADRA-MUNIZ, <br> Plaintiff, <br><br> v. <br><br> VINYL AND CARPET SERVICES, INC. <br> Defendant. | Case No. 1:21-cv-283 <br> Dlott, J. <br> Litkovitz, M.J. <br><br> **ORDER OF REMAND TO** <br> **STATE COURT** |

This matter is before the Court on defendant Vinyl and Carpet Services, Inc.'s motion to remand (Doc. 5), 28 U.S.C. § 1441(b)(2), and the June 2, 2021, Report and Recommendation of Magistrate Judge Litkovitz to which the plaintiff Pedro Badra-Muniz has not filed written objections pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, and this Court being fully advised in their premises, for good cause shown, and upon this Court's determination that it lacks subject matter jurisdiction over this civil action, it is ORDERED and ADJUDGED that defendant's motion to remand (Doc. 5) shall be, and hereby is GRANTED.

IT IS FURTHER ORDERED and ADJUDGED that this civil action shall be, and hereby is, REMANDED to the Common Pleas Court of Montgomery County, Ohio.

IT IS SO ORDERED.

Dated at Cincinnati, Ohio, on this 12th day of July, 2021.

SUSAN J. DLOTT, United States
District Judge